No. 04–9461. Sanderson v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–9463. Hernandez Cardenas v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–9470. Walsh v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–9472. Brown v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–9474. Cole v. United States. C. A. 8th Cir. Certiorari denied.

No. 04–9483. Jeffers v. United States. C. A. 7th Cir. Certiorari denied.

No. 04–9484. Carpa v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–820. Acree et al. v. Republic of Iraq et al. C. A. D. C. Cir. Motions of Washington Legal Foundation et al., St. Mary's University School of Law et al., and Center for Justice & Accountability and International Law Scholars for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 04–1216. Sage Hospitality Resources, LLC v. Hotel Employees and Restaurant Employees Union, Local 57. C. A. 3d Cir. Motions of National Right to Work Legal Defense Foundation et al. and Chamber of Commerce of the United States of America et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 04–8764. Mullin v. United States District Court for the Northern District of California. C. A. 9th Cir. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.